FEE   PAID

FILED
CLERK, U.S. DISTRICT COURT

5/6/24

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CS_____ DEPUTY

1  CARRIE L. STANFORD-FRANZ
2  1997 Shoemaker Ln.
   Newbury Park, CA 91320
3  TEL (805) 728-0880
   Plaintiff, *Pro Se*

4

5

6

7

8           **UNITED STATES DISTRICT COURT**

9     **CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION**

10                    CV24-3865-SB(JCx)

11  CARRIE L. STANFORD-FRANZ,     ) CASE NO:
                                  )
12              Plaintiff,        )
                                  )   **VERIFIED COMPLAINT FOR**
13                                )          **DAMAGES**
                                  )
14  vs.                           )
                                  )   1. **FAIR DEBT COLLECTION**
15  UHG I, LLC, ASSOCIATED CREDIT )     **PRACTICES ACT [15 U.S.C.**
16  SERVICES, INC., PERSOLVE      )     **§1692 *et seq.*],**
    LEGAL GROUP, LLP, MANDARICH   )
17  LAW GROUP, LLP, CHRISTOPHER   )   2. **CALIFORNIA FAIR DEBT**
18  D. MANDARICH, TEONA PIPIA,    )     **BUYING PRACTICES ACT**
    HUNTER MASIN, and MAXWELL     )     **[Cal. Civ. Code §§1788.50 *et***
19  HAMILTON,                     )     ***seq*],**
                                  )
20                                )
                                  )
21              Defendants.       )   3. **CALIFORNIA ROSENTHAL**
                                  )     **FAIR DEBT COLLECTION**
22                                )     **PRACTICES ACT [Cal. Civ.**
                                  )     **Code §§1788, 1812.700 *et seq.*],**
23                                )     **and**
                                  )
24                                )
                                  )   4. **NEGLIGENT INFLICTION**
25                                )     **OF EMOTIONAL DISTRESS**
                                  )
26                                )
                                  )
27                                )
                                  )
28  _____)

1

## I.   <u>NATURE OF ACTION</u>

Plaintiff brings this action for damages pursuant to the Fair Debt Collection and Practices Act ("FDCPA"), codified at 15 U.S.C. §1692 *et seq.*, California's Rosenthal Fair Debt Collection Practices Act ("Rosenthal"), codified at Cal. Civ. Code §§1788 and 1812.700 *et seq.*, and California's Fair Debt Buying Practices Act ("FDBPA"), codified at Cal. Civ. Code §1788.50 *et seq.*, related to Defendants' unlawful debt collection practices.

## II.   <u>JURISDICTION AND VENUE</u>

This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§1331 and 1337, as this action arises under the violation of law of the Unites States. Supplemental jurisdiction over State claims arises under 28 U.S.C. §1367.

Venue is proper pursuant to 28 U.S.C. §1391 as Defendants' conduct business within this District and the events or omissions giving rise to this action occurred within this District.

## III.   <u>PARTIES</u>

Plaintiff is a "consumer" as that term is defined in 15 U.S.C. §1692a(3).

Plaintiff is a "person" as that term is defined in Cal. Civ. Code §1788.2(g) and a "debtor" as that term is defined in §1788.2(h).

UHG I, LLC, ("UHG") is a foreign limited liability corporation.

UHG is a "debt collector" as that term is defined in 15 U.S.C. §1692a(6) and Cal. Civ. Code §1788.2(c). UHG operates under California debt collection license #10189-99 and its principal purpose is the collection of consumer debts.

UHG is a "debt buyer" as that term is defined in Cal. Civ. Code §1788.50(a)(1).

Associated Credit Services, Inc. ("ACS") is a foreign corporation and an agent of UHG.

ACS is a "debt collector" as that term is defined in 15 U.S.C. §1692a(6) and Cal. Civ. Code §1788.2(c). ACS operates under California debt collection license #10665-99 and its principal purpose is the collection of consumer debts.

2

1  Persolve Legal Group, LLP ("Persolve") is a limited liability partnership and an
2  agent of UHG.

3  Persolve is a "debt collector" as that term is defined in 15 U.S.C. §1692a(6)
4  and Cal. Civ. Code §1788.2(c). Persolve operates under California debt collection
5  license #10926-99 and its principal purpose is the collection of consumer debts.

6  Mandarich Law Group, LLP ("Mandarich LLP") is a limited liability partnership
7  and an agent of UHG.

8  Mandarich LLP is a "debt collector" as that term is defined in 15 U.S.C.
9  §1692a(6) and Cal. Civ. Code §1788.2(c). Mandarich LLP is a debt collection law
10  firm operating under California debt collection license #10795-99. Mandarich
11  LLP's principal purpose is the collection of consumer debts.

12  Christopher D. Mandarich ("C. Mandarich") is the President of Mandarich LLP
13  and a "debt collector" as that term is defined in 15 U.S.C. §1692a(6) and Cal. Civ.
14  Code §1788.2(c).

15  Teona Pipia ("Pipia") is an employee of Mandarich LLP and a "debt collector"
16  as that term is defined in 15 U.S.C. §1692a(6) and Cal. Civ. Code §1788.2(c).

17  Hunter Masin ("Masin") is an employee of Mandarich LLP and a "debt
18  collector" as that term is defined in 15 U.S.C. §1692a(6) and Cal. Civ. Code
19  §1788.2(c).

20  Maxwell Hamilton ("Hamilton") is an employee of Mandarich LLP and a "debt
21  collector" as that term is defined in 15 U.S.C. §1692a(6) and Cal. Civ. Code
22  §1788.2(c).

23  **IV.   STATEMENT OF FACTS**

24  On March 3, 2020, Plaintiff became delinquent her "PayPal" credit card issued
25  by Synchrony Bank ("Synchrony"). On or about September 1, 2020, Synchrony
26  charged-off the debt.

27  On or about October 20, 2020, UHG allegedly purchased Plaintiff's charged-off
28  account from Synchrony. Thereafter, UHG assigned the account to ACS, Persolve,

3

and Mandarich LLP for downstream collection.

**A. <u>ACS</u>**

On or about June 9, 2023, ACS sent Plaintiff a collection letter attempting to collect the debt allegedly owed to UHG. This was the initial communication with Plaintiff. *See* Exhibit A attached hereto.

Absent from the collection letter was the disclosures required by the FDCPA. In bold print on the front of the collection letter, was the following:

"**How can you dispute the debt?**

**Call or write us by 07-24-23, to dispute all or part of the debt.**"

On the backside of the collection letter, ACS stated they are the legal owner [debt-buyer] of the debt.

In response, on June 23, 2023, Plaintiff sent ACS a dispute letter via ACS's "dispute portal" on its website. Specifically, Plaintiff notified ACS in writing that she refused to pay the alleged debt. *See* Exhibit B attached hereto.

After receiving Plaintiff's dispute letter and written notification that she refused to pay the alleged debt, ACS sent a second collection letter to Plaintiff on October 9, 2023. *See* Exhibit C attached hereto.

In bold print on the front of the second collection letter, was the following:

"**How can you dispute the debt?**

**Call or write us by 11-23-23, to dispute all or part of the debt.**"

On the backside of the collection letter, ACS again stated they are the legal owner [debt-buyer] of the debt.

On or about November 1, 2023, UHG recalled the account from ACS. At the time the account was recalled, ACS informed UHG of Plaintiff's dispute and refusal to pay.

**B. <u>Persolve</u>**

On or after November 2, 2023, UHG assigned the account to Persolve. Based on information and belief, UHG notified Persolve of Plaintiff's dispute and refusal

1  to pay.

2      On or after November 2, 2023, Persolve sent Plaintiff a collection letter

3  attempting to collect the debt allegedly owed to UHG. This was the initial

4  communication with Plaintiff. *See* Exhibit D attached hereto.

5      Absent from the collection letter was the disclosures required by the FDCPA.

6  In bold print on the front of the collection letter, was the following:

7      "**How can you dispute the debt?**

8      **Call or write us by January 17, 2024, to dispute all or part of the debt.**"

9      On the backside of the collection letter, Persolve stated UHG was the legal

10  owner [debt-buyer] of the debt contrary to ACS's claims that they had purchased

11  the debt.

12      In the letter, Persolve threatened to take legal action against Plaintiff and

13  claimed Plaintiff would be liable for attorney's fees.

14      On or about December 15, 2023, UHG recalled the account. Persolve never

15  filed suit.

16      **C. <u>Mandarich LLP</u>**

17      Sometime between December 15, 2023, and January 22, 2024, UHG assigned

18  the account to Mandarich LLP. Based on information and belief, UHG notified

19  Mandarich LLP of Plaintiff's dispute and refusal to pay.

20      On or about January 23, 2024, Mandarich LLP sent Plaintiff a debt collection

21  letter attempting to collect the alleged debt. This was the initial communication

22  with Plaintiff. *See* Exhibit E attached hereto.

23      Absent from the collection letter was the disclosures required by the FDCPA.

24  In bold print on the front of the collection letter, was the following:

25      "**How can you dispute the debt?**

26      **Call or write us by 3/3/24, to dispute all or part of the debt.**"

27      On March 5, 2024, Mandarich LLP sent Plaintiff a "***Notice of Intention to Sue***

28  ***and Incur Costs***." *See* Exhibit F attached hereto.

5

In the Notice, Mandarich LLP threatened to file suit against Plaintiff if she didn't "*resolve this matter within ten (10) days*" and included a statement that Plaintiff would be liable for attorney's fees.

In response to their threat to her, on March 12, 2024, Plaintiff sent an Intent to Sue Notice to Mandarich LLP in which she threatened suit for violations of the FDCPA and Rosenthal because the alleged debt was outside the statute of limitations ("SOL").

**(i)    Validation of Debt and Refusal to Pay**

On March 15, 2024, Plaintiff sent Mandarich LLP a dispute pursuant to 15 U.S.C. §1692g and Cal. Civ. Code §1788.52(c) and a second written notice of her refusal to pay. *See* Exhibit G attached hereto.

Pursuant to §1788.52(c), Mandarich LLP had 15-days to send Plaintiff proof of ownership of the debt.

On April 11, 2024, nearly a month after her dispute, C. Mandarich, Pipia, Masin, and Hamilton sent Plaintiff its purported validation of the debt. The documents included a statement that Mandarich LLP was the only buyer of the alleged debt even though ACS twice-claimed to also be the buyer. *See* Exhibit H attached hereto. *See also* 4:10-11, 21-22 supra.

Mandarich LLP also included a copy of an internal document from UHG which clearly states the alleged debt was "**OUT_OF_STATU[T]E (sic) 3/5/2024**." (emphasis added). Therefore, as of the date of purchase, both UHG and Mandarich LLP knew the SOL had expired on March 5, 2024, the same day they sent the intent to sue notice. *See* Exhibit I attached hereto.

Mandarich LLP also included an alleged Bill of Sale and Affidavit (collectively "Purchase Documents") which UHG purports is evidence they purchased, and now own, Plaintiff's Synchrony account. *See* Exhibit J attached hereto.

However, the Purchase Documents do not contain Plaintiff's name nor her personal identifying information, i.e., social security number, driver's license

number, nor even Plaintiff's address, nor her Synchrony account number, which would establish Plaintiff's account was included in the "*pool of charge-off accounts*" allegedly purchased by UHG on October 20, 2020.

Most notably absent from the purported validation was a copy of the contract signed by Plaintiff as required by Cal. Civ. Code §1788.52(c).

In the close of the letter, C. Mandarich, Pipia, Masin, and Hamilton stated "*our firm may now continue its collection efforts*" even though Mandarich LLP was on notice of Plaintiff's written notice of her refusal to pay provided to ACS and by the notice of dispute and refusal to pay sent directly to Mandarich LLP on March 13, 2024.

**(ii)    Meaningful Attorney Involvement**

Pursuant to the FDCPA, prior to a debt collector sending a collection letter which purports to be from an attorney, an attorney is required to have had "meaningful involvement" in the preparation of the collection letter; particularly one in which is sent on a law firm's stationary and expressly threatens to file suit.

Here, Mandarich LLP sent its intent to sue letter on their letterhead which states:

"Mandarich Law Group, LLP

Attorneys at law."


Based on the language in the letter and the pronouncement that it came from "Attorneys at Law," the least sophisticated consumer would believe the matter had been investigated by an attorney.

However, the letter was not signed by an attorney. Rather it closes with:

"Sincerely,

Mandarich Law Group, LLP"

Scott Whitbeck, an attorney for Mandarich LLP, testified that its average attorney review of collection account under its "Meaningful Involvement Policy" is only ~1.6 minutes. Whitbeck further testified that during this review, "*the attorney must determine that the statute of limitations has not run.*" *See* Zheng v. Mandarich Law Grp. 19-cv-1626 (EDNY 2021) ECF No. 28.

Based on the lack of signature from an attorney combined with the obvious time-barred nature of the debt as set out below, a reasonable attorney would not have sent the intent to sue letter under Mandarich LPP's own Policy.

Therefore, based on the totality of the circumstances, there was no meaningful attorney involvement in the preparation and sending of the intent to sue letter to Plaintiff as required by the FDCPA.

**(iii)** **Reply to Plaintiff's Intent to Sue Letter**

On April 15, 2024, Pipia replied to Plaintiff. In the reply, Pipia not only admitted the SOL had expired, but she intimated that Mandarich LLP would still file suit by "*08/31/2024*" because the Judicial Council had allegedly extended the SOL. *See* Exhibit K attached hereto.

**(iv)** **Follow up to Mandarich LLPs' Second Threat to Sue**

On May 1, 2024, Plaintiff contacted Pipia to establish whether or not Mandarich LLP's had filed suit so Plaintiff could prepare for litigation. During the telephone conversation, Pipia stated, "*I don't think you need to worry anymore. We have no intent to sue.*"

**V.**   **TIME-BARRED DEBTS**

Pursuant to Cal. C. Civ. Pro. §337, last amended in 2018, actions to recover defaulted credit card debts must be commenced within 4-years from the date of the last payment.

**A. Emergency Rule 9**

Pipia alleges Cal. R. Ct. Emergency Rule 9 extended the SOL by "*178 days-with tolling, statute of limitations on this account expires on 08/31/2024.*" *See*

Exhibit K.

However, Emergency Rule 9 is unenforceable because the California Legislature drafted and enacted Cal. C. Civ. Pro. §337 and the Judicial Council, who is only an administrative body, is subordinate to the Legislature. *See* Ables v. Ghazale Bros. 74Cal.App.5th 823 (2022) 289 Cal.Rptr.3d 289 ["Because they are enacted by the Judicial Council and not by the Legislature, the California Rules of Court are not statutes. (See Cal. Const., art.VI, § 6, subd. (d) [Judicial Council is authorized to adopt rules of court "not ... inconsistent with statute."]; Sara M. v. Superior Court (2005) 36 Cal.4th 998, 1012 [32 Cal.Rptr.3d 89, 116 P.3d 550] [Judicial Council is an administrative agency promulgating administrative rules]; California Court Reporters Assn. v. Judicial Council of California (1995) 39 Cal.App.4th 15, 22 [46 Cal.Rptr.2d 44] [Judicial Council's rulemaking authority subordinate to Legislature].)

The Legislature has not amended §337 to include any such tolling. Therefore, based on well-established law, i.e., California's Constitution, Pipia's claim that the SOL was extended to "*08/31/2024*" is baseless and a knowing misrepresentation to deceive Plaintiff and coerce her into making payment on an admittedly time-barred debt.

## B. UHG's Own Records Establish the Debt is Time-Barred

Here, according to Pipia's admission, the last payment was made on the account on March 6, 2020. Therefore, any action against Plaintiff would have had to have been filed on or before March 5, 2024.

Further, UHG's own internal document confirms the debt was "**OUT_OF_STATU[T]E (sic) 3/5/2024.**" *See* Exhibit I.

Despite knowing this, on March 5, 2024, the day the SOL had expired, UHG and Mandarich LLP sent their intent to sue letter in violation of Cal. C. Civ. Pro. §337(d).

Even if, for arguendo, the SOL had expired on March 6, 2024, as claimed by

9

Pipia in her reply, Defendants waived their right to sue by offering Plaintiff up to 9-days after the SOL had expired to pay the alleged debt.

## VI.   DEFENDANTS' LACK OF STANDING

Based on their own purported "validation" of the debt, there is no evidence UHG is the legal owner of the alleged debt and therefore UHG lacks standing to file suit, notwithstanding the alleged debt being time-barred.

Even so, Persolve and Mandarich LLP threatened to file suit against Plaintiff on behalf of UHG to collect the debt asserted to be owned by both ACS and UHG.

Based on their conflicting claims that both ACS and UHG are the legal owners of the debt, and the lack of standing established by UHG's own validation, neither UHG, Persolve, nor Mandarich LLP appear to have standing or authority to file suit.

## VII.   CAUSE OF ACTION- FDCPA

15 U.S.C. §1692g requires a debt collector provide the following notice on its initial communication with a debtor, or within 5-days thereof:

*(1) the amount of the debt;*

*(2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within thirty days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector;*

*(4) a statement that if the consumer notifies the debt collector in writing within the thirty- day period that the debt, or any portion there- of, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and*

*(5) a statement that, upon the consumer's written request within the*

10

*thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor.*

UHG, ACS, Persolve, and Mandarich failed to provide the required notice in their initial communication with Plaintiff, or within 5-days thereof, in violation of §1692g.

15 U.S.C. §1692e(2)(A) makes it unlawful for a debt collector to use any false deceptive and/or misleading collection tactics, including the false representation regarding the legal status of the debt.

Here, UHG, Persolve, and Mandarich LLP, who lack standing to sue, are threating to sue on a time-barred debt, thus falsely representing the legal status of the debt in violation of §1692e(2)(A).

Here, ACS is attempting to collect a debt on behalf of UHG that ACS claims they themselves purchased, thus falsely representing the legal status of the debt in violation of §1692e(2)(A).

Here, Defendants imposed false and misleading "deadlines" for Plaintiff to dispute the debt by stating she only had until "**07-24-23**," "**11-23-23**," "**Jan 17, 2024**," and "**3/3/2024**" to dispute the alleged debt even though the FDCPA does not impose any such deadline because consumers can dispute a debt at any time.

By creating a false sense of urgency, i.e., implying a consumer's right to dispute a debt expires, Defendants used false deceptive, and/or misleading collection tactics in violation of §1692e(2)(A).

15 U.S.C. §1692e(3) makes it unlawful for a debt collector to falsely represent that they are an attorney.

Here, Mandarich LLP's intent to sue letter would cause the least sophisticated consumer to falsely believe it was sent by an attorney, thereby violating §1692e(3).

15 U.S.C. §1692e(5) makes it unlawful for a debt collector to make threats to

1    take actions that it cannot legally take or does not intend to take.

2        Here, UHG and Mandarich are threatening to file suit on a time-barred debt.

3    Further, since they knowingly waived their right to sue, they also had no intent to

4    file suit.

5        Further, Papia admitted Mandarich LLP had no intent to sue.

6        Here, Persolve made threats to file suit to collect the alleged debt even though

7    they never intended to do so. Therefore, Persolve made threats to take actions that

8    they did/do not intend to take in violation of §1692e(5).

9        15 U.S.C. §1692e(10) makes it unlawful for a debt collector to use any false

10   representation or deceptive means to collect or attempt to collect a debt.

11       Here, UHG and Mandarich LLP are threatening to file suit on a time-barred

12   debt. Therefore, they used false representation or deceptive means to collect or

13   attempt to collect a debt in violation of §1692e(10).

14       Here, Persolve made threats to file suit to collect the alleged debt even though

15   they lacked standing to do so. Therefore, they used false representation or

16   deceptive means to collect or attempt to collect a debt in violation of §1692e(10).

17       15 U.S.C. §1692c(c) prohibits a debt collector from contacting a consumer after

18   the consumer notifies the debt collector that the consumer refuses to pay the debt.

19        Here, Plaintiff notified ACS in writing on June 23, 2023, that she refused to

20   pay the debt. Thereafter, ACS notified UHG. Further, on March 13, 2024, Plaintiff

21   notified Mandarich LLP directly of her refusal to pay.

22       Therefore, ACS's October 9, 2023, communication with Plaintiff violated

23   §1692c(c).

24       Therefore, Persolve's November 2023 communication with Plaintiff violated

25   §1692c(c).

26       Therefore, Mandarich LLP's January 23, 2024, communication with Plaintiff

27   violated §1692c(c).

28       Therefore, Mandarich LLP's March 5, 2024, communication with Plaintiff

1  violated §1692c(c).

2      Therefore, C. Mandarich, Pipia, Masin, and Hamilton's April 11, 2024,

3  communication with Plaintiff violated §1692c(c).

4      Pursuant to 15 U.S.C. §1692g, upon receipt of Plaintiff's request for validation,

5  Mandarich LLP was required to provide evidence of their ownership/purchase of

6  the alleged debt.

7      Here, none of the documents provided by Mandarich LLP in response to

8  Plaintiff's validation request provided evidence that UHG is the legal owner of the

9  debt. Therefore, Mandarich LLP and UHG failed to provide validation of the debt

10  in violation of §1692g.

11      As a result of Defendants' violations of the FDCPA, Plaintiff was harmed.

12              **VIII.  <u>FDBPA</u>**

13      Pursuant to Cal. Civ. Code §1788.52(d)(1), a debt-buyer is required to provide

14  the following notice when communicating with a debtor:

15      "You may request records showing the following:

16      (1) That **[insert name of <u>debt buyer</u>]** has the right to seek collection of the

17      debt;" (emphasis added)

18      In their communications with Plaintiff, ACS stated they were the legal owner

19  [debt buyer]. Specifically, ACS stated:

20      "You may request records showing the following:

21      (1) That **<u>Associated Credit Services, Inc.</u>** has the right to seek collection of the

22      debt;" (emphasis added) *See* Exhibits A, C.

23      Based on the deceptive concealment of the legal owner(s) of the alleged debt,

24  UHG and ACS violated the FDBPA.

25      Further, since the SOL expired on March 5, 2024, Mandarich LLP and UHG

26  were required to include the following statement in any subsequent communication

27  pursuant to Cal. Civ. Code §1788.52(d)(2):

28  *//*

*The law limits how long you can be sued on a debt. Because of the age of your debt, we will not sue you for it. If you do not pay the debt, [insert name of debt buyer] may [continue to] report it to the credit reporting agencies as unpaid for as long as the law permits this reporting.*

Mandarich LLP and UHG failed to include the required notice in any of their communications with Plaintiff in violation of §1788.52(d)(2).

On March 13, 2024, Plaintiff filed a dispute with Mandarich LLP. Pursuant to Cal. Civ. Code §1788.52(c), Mandarich LLP was required to provide Plaintiff a copy of her Synchrony contract and proof they purchased the debt within 15-days, pursuant to §1788.52(a)(1).

Mandarich LLP failed to provide Plaintiff with any such copy or proof in violation of §1788.52(c) and §1788.52(a)(1).

As a result of Defendants' violation of the FDBPA Plaintiff was harmed.

### VIII.  <u>CAUSE OF ACTION- ROSENTHAL</u>

Plaintiff incorporates the foregoing as if set out in full herein.

Cal. Civ. Code §1788.13(e) prohibits the false representation that the consumer debt may increase by the addition of attorney's fees if, in fact, such fees may not legally be added.

Here, since the debt is time-barred, attorney's fees may not legally be added. Therefore, UHG and Mandarich LLP's threat to add attorney's fees violates §1788.13(e).

Here, since Persolve lacked standing to collect, they could never file suit.

Therefore, attorney's fees may not legally be added and Persolve's threat to add attorney fees violated §1788.13(e).

Cal. Civ. Code §1788.13(j) prohibits the false representation that a legal proceeding is about to be instituted unless payment is made.

Here, UHG and Mandarich LLPs' threat to file suit on a time-barred debt unless

Plaintiff paid within 10-days was in violation of §1788.13(j).

Here, Persolve lacked standing to file suit. Therefore, their threat to file suit unless Plaintiff paid was in violation of §1788.13(j).

As a result of Defendants' violations of Rosenthal, Plaintiff was harmed.

## IX.   CAUSE OF ACTION- NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

Upon contacting Pipia to inquire into Mandarich LLP's intention to file suit, Pipia told Plaintiff, "*I don't think you need to **worry** anymore. We have no intent to sue.*" (emphasis added)

As a law firm, attorneys, and debt collectors, Mandarich LLP and its employees are judged by the standard of care established by the FCPA, FDBPA, and the Rules of Professional Conduct and owe a duty to anyone from which they are attempting to collect a debt.

Here, the Mandarich-parties owed a duty to Plaintiff. Based on the prohibition by the FDCPA to threaten to file suit without legal authority or intent, as well as the FDBPA's prohibition of collecting on a debt without ownership documents, combined with the ethical requirements of the Rules of Professional Conduct, Mandarich LLP's conduct fell below the standards of care, thereby breaching their duty owed to Plaintiff.

Based on Pipia's statement, she knew or should have known, Mandarich LLP's multiple threats to file suit against Plaintiff would likely cause, and admittedly did cause, emotional distress, i.e., "*worry,*" and that the injuries were reasonably foreseeable.

As a result of Mandarich LLP's breach, Plaintiff was harmed including but not limited to, anguish, nervousness, anxiety, worry, humiliation, and shame. *See* CACI 1620.

## X.   PRAYER FOR RELIEF

Pursuant to 15 U.S.C. §1692k, Plaintiff seeks actual damages, statutory

damages, and any other relief deemed appropriate by the Court, joint and several.

Pursuant to Cal. Civ. Code §1788.30(b) and §1812.702, Plaintiff seeks actual damages, statutory damages, and any other relief deemed appropriate by the Court, joint and several.

Pursuant to Cal. Civ. Code §1788.62(a), Plaintiff seeks actual damages, statutory damages, and any other relief deemed appropriate by the Court, joint and several.

Pursuant to Plaintiff's claim for negligent infliction of emotional distress, Plaintiff seeks general and special damages, and any other relief deemed appropriate by the Court, joint and several.

Dated: May 2, 2024

/s/ CARRIE L. STANFORD-FRANZ
Carrie L. Stanford-Franz
Plaintiff, *Pro Se*

16

## <u>VERIFICATION</u>

I, Carrie L. Stanford-Franz, declare as follows:

1.  I am a Plaintiff in the present case and a citizen of Ventura County.

2.  I have personal knowledge of the facts set forth in the Verified Complaint, and if called upon to testify, I would competently testify as to the matters stated therein.

3.  I verify under the penalty of perjury under the laws of the United States that the factual allegations contained in the Verified Complaint, and the attachments thereto, are true and correct.

Dated: May 2, 2023

<u>/s/ CARRIE L. STANFORD-FRANZ</u>
Carrie L. Stanford-Franz
Plaintiff, *Pro Se*

17

# EXHIBIT A

Associated Credit Services, Inc.
PO Box 1201
Tewksbury, MA 01876-0901
(800) 962-9898 from 8am – 7pm EST, Monday through
Thursday, Friday 8am – 5pm EST - www.payacs.com
June 9, 2023

**To:**  CARRIE STANFORD
1997 Shoemaker Ln
Newbury Park CA 91320-5704

Reference: 18510836

**Associated Credit Services is a debt collector.** We are trying to collect a debt that you owe to UHG I LLC. We will use any information you give us to help collect the debt.

## Our information shows:

You had an account from UHG I LLC with account number 6044192146161401. On 09-01-20 the debt was owed to SYNCHRONY BANK. The account was subsequently transferred to UHG I LLC which is the creditor to whom the debt is currently owed.

| | |
|---|---|
| As of 09-01-20, you owed: | $1975.84 |
| Between 09-01-20 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | - $0.00 |
| **Total amount of the debt now:** | $1975.84 |

**Notice:  See reverse side for important information**

## How can you dispute the debt?

📞 **Call or write us by 07-24-23, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

🕐 **If you write us by 07-24-23,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.payacs.com/contact-us/.

## What else can you do?

✏️ **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by 07-24-23, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.payacs.com/contact-us/.

🏛️ **Go to cfpb.gov/debt-collection to learn more about your rights under the federal law.** For instance, you have the right to stop or limit how we contact you.

👤 Contact us about your payment options.

❓ Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

---

✂️

⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷

Mail this form to:

Associated Credit Services, Inc.
PO Box 1201
Tewksbury, MA 01876-0901

June 9, 2023

MVD1     479141721
⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷
CARRIE STANFORD
1997 Shoemaker Ln
Newbury Park CA 91320-5704

**How do you want to respond?**
*Check all that apply:*

☐ **I want to dispute the debt because I think:**
   ☐ This is not my debt.
   ☐ The amount is wrong.
   ☐ Other (please include additional information).
☐ **I want you to send me the name and address of the original creditor.**
☐ **I enclosed this amount:**  $ _____
Make your check payable to Associated Credit Services, Inc. Include the reference number 18510836.

☐ **Quiero este formulario en español**

Mail this form to:

⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷⌷
Associated Credit Services, Inc.
PO Box 1201
Tewksbury, MA 01876-0901

**We are required under various State laws to notify consumers of the following rights and/or information. This list does not include a complete listing of rights consumers may have under State and Federal Law.**

**California Residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

You may request records showing the following:
(1) that Associated Credit Services, Inc. has the right to seek collection of the debt;
(2) the debt balance, including an explanation of any interest charges and additional fees;
(3) the date the debt became delinquent or the date of the last payment;
(4) the name of the creditor and the account number associated with the debt;
(5) the name and last known address of the debtor as it appeared in the creditor's records prior to assignment of the debt; and
(6) the names of all persons or entities other than the debt collector to which the debt has been assigned, if applicable.

You may also request from us a copy of the contract or other document evidencing your agreement to the debt.

A request for these records may be addressed to: Associated Credit Services, Inc. PO Box 1201 Tewksbury, MA 01876

Nonprofit credit counseling services may be available in the area.

29_CU044000_MVD1

# EXHIBIT B

# Contact Us

Please feel free to contact us. You can do so by mail, phone, fax, or online. At ACS we strive to provide you with a positive customer experience.

*= Required Fields

**Contact us online to:***

Dispute the debt ⌄

Please note that any requests made after our normal business hours may take up to one full business day to fully process.

**First Name:***

Carrie

**Last Name:***

Stanford

**Email Message:**
Please include your account number if you have it. Provide as much detail as possible to assist us in locating your account.

6044192146161401

This serves as a letter of dispute and refusal to pay.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose.



☑ I'm not a robot

reCAPTCHA
Privacy - Terms

Submit



**Contact Associated Credit Services, Inc.**

PO Box 1201
Tewksbury MA, 01876
Fax: (888) 741-3185
Toll Free: (800) 962-9098

**Office Hours:**
Monday – Thursday: 8 a.m. - 7 p.m.
Friday: 8 a.m. - 5 p.m.
Some Saturdays: 8 a.m. - 12 p.m.
Eastern Standard Time

**Privacy statement >>** How we use your information

**Consumer Disclosure >>** What you need to know

**Third party links on our site >>** When you leave our site

# EXHIBIT C

Associated Credit Services, Inc.
PO Box 1201
Tewksbury, MA 01876-0901
(800) 962-9898 from 8am – 7pm EST, Monday through
Thursday, Friday 8am – 5pm EST - www.payacs.com
October 9, 2023

To:  CARRIE STANFORD
1997 Shoemaker Ln
Newbury Park CA 91320-5704

Reference: 19023483

**Associated Credit Services is a debt collector.** We are trying to collect a debt that you owe to UHG I LLC. We will use any information you give us to help collect the debt.

### Our information shows:

You had an account from UHG I LLC with account number 6044192146161401. On 09-01-20 the debt was owed to SYNCHRONY BANK. The account was subsequently transferred to UHG I LLC which is the creditor to whom the debt is currently owed.

| | |
|---|---|
| As of 09-01-20, you owed: | $1975.84 |
| Between 09-01-20 and today: | |
| You were charged this amount in interest: | + $0.00 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | - $0.00 |
| **Total amount of the debt now:** | **$1975.84** |

### How can you dispute the debt?



**Call or write us by 11-23-23,** to dispute all or part of the debt. If you do not, we will assume that our information is correct.

**If you write us by 11-23-23,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at www.payacs.com/contact-us/.

### What else can you do?

Write to ask for the name and address of the **original creditor,** if different from the current creditor. If you write by 11-23-23, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically at www.payacs.com/contact-us/.

Go to **cfpb.gov/debt-collection** to learn more about your rights under the federal law. For instance, you have the right to stop or limit how we contact you.

Contact us about your payment options.

Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

**Notice:  See reverse side for important information**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Mail this form to:

Associated Credit Services, Inc.
PO Box 1201
Tewksbury, MA 01876-0901

October 9, 2023

MVD1    548794108

CARRIE STANFORD
1997 Shoemaker Ln
Newbury Park CA 91320-5704

### How do you want to respond?

*Check all that apply:*

☐ I want to dispute the debt because I think:
    ☐ This is not my debt.
    ☐ The amount is wrong.
    ☐ Other (please include additional information).

☐ I want you to send me the name and address of the original creditor.

☐ I enclosed this amount:   $ _____

Make your check payable to Associated Credit Services, Inc. Include the reference number 19023483.

☐ Quiero este formulario en español

Mail this form to:

Associated Credit Services, Inc.
PO Box 1201
Tewksbury, MA 01876-0901

---

We are required under various State laws to notify consumers of the following rights and/or information. This list does not include a complete listing of rights consumers may have under State and Federal Law.

**California Residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

You may request records showing the following:
(1) that Associated Credit Services, Inc.  has the right to seek collection of the debt;
(2) the debt balance, including an explanation of any interest charges and additional fees;
(3) the date the debt became delinquent or the date of the last payment;
(4) the name of the creditor and the account number associated with the debt;
(5) the name and last known address of the debtor as it appeared in the creditor's records prior to assignment of the debt; and

# EXHIBIT D

Persolve Legal Group, LLP
9301 Corbin Ave, Ste 1600
Northridge, CA 91324-2508
(866) 438-1259 from 8:30am to 6pm CST, Monday to Friday
www.persolve.com

To:  CARRIE STANFORD
1997 Shoemaker Ln
Newbury Park CA 91320-5704

Reference: C2302747

**Persolve Legal Group, LLP is a debt collector.**  We are trying to collect a debt that you owe to UHG I, LLC.  We will use any information you give us to help collect the debt.

## Our information shows:

You had a PayPal Credit credit card from Synchrony Bank with account number ************1401.

| | | |
|---|---|---|
| As of September 1, 2020, you owed: | $ | 1,975.84 |
| Between September 1, 2020 and today: | | |
| You were charged this amount in interest: | + $ | 0.00 |
| You were charged this amount in fees: | + $ | 0.00 |
| You paid or were credited this amount towards the debt: | – $ | 0.00 |
| **Total amount of the debt now:** | **$** | **1,975.84** |

Please be advised that in the event that you reside in the State of California and our company chooses to take legal action against you, this is your formal written notice under California Code of Civil Procedure § 1033 that you may be responsible to pay the "actual cost of the filing fee, the actual cost of service of process, and, when otherwise specifically allowed by law, reasonable attorneys' fees."

## How can you dispute the debt?

- Call or write to us by January 17, 2024, to dispute all or part of the debt. If you do not, we will assume that our information is correct

- If you write to us by January 17, 2024, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically by emailing us at dispute@persolve.com.

## What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by January 17, 2024, we must stop collection until we send you that information. You may use the form below or write to us without the form. We accept such requests electronically by emailing us at request@persolve.com.

- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

<u>Notice:</u> See reverse side for important information.

38CSPERS01IDL1_585016084

---

✂

Mail this form to:

Persolve Legal Group, LLP
9301 Corbin Ave, Ste 1600
Northridge, CA 91324-2508

CARRIE STANFORD
1997 Shoemaker Ln
Newbury Park CA 91320-5704

## How do you want to respond?

*Check all that apply:*

- ☐ I want to dispute the debt because I think:
  - ☐ This is not my debt.
  - ☐ The amount is wrong.
  - ☐ Other (please describe on the reverse or attach additional information).

- ☐ I want you to send me the name and address of the original creditor.

- ☐ I enclosed this amount: $ _____

Make your check payable to *Persolve Legal Group*, or pay online at https://persolve.com/payment. Include the reference number C2302747.

- ☐ Quiero este formulario en español.

CALIFORNIA: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area. State and federal law require debt collectors to treat you fairly and prohibit debt collectors from using profane language or making improper communications with third parties, including your employer. California Debt Collection License number is 10926-99.

For accounts purchased on or after January 1, 2014, pursuant to the California Fair Debt Buying Practices Act:

You may request records showing the following: (1) that UHG I, LLC has the right to seek collection of the debt; (2) the debt balance, including an explanation of any interest charges and additional fees; (3) the date of default or the date of the last payment; (4) the name of the charge-off creditor and the account number associated with the debt; (5) the name and last known address of the debtor as it appeared in the charge-off creditor's or debt buyer's records prior to the sale of the debt, as appropriate; and (6) the names of all persons or entities that have purchased the debt. You may also request from us a copy of the contract or other document evidencing your agreement to the debt. A request for these records may be addressed to: UHG I, LLC, 9301 Corbin Ave., Ste. 1600, Northridge, CA 91324; validation@persolve.com.

If the Statute of Limitations has expired on your debt: The law limits how long you can be sued on a debt. If you do not pay the debt, Persolve Legal Group, LLP may [continue to] report it to the credit reporting agencies as unpaid for as long as the law permits this reporting.

If the Fair Credit Reporting Act obsolescence period has expired on your debt: The law limits how long you can be sued on a debt.

COLORADO: For information about the Colorado Fair Debt Collection Practices Act, see: WWW.COAG.GOV/CAR

A consumer has the right to request in writing that a debt collector or collection agency cease further communication with the consumer. A written request to cease communication will not prohibit the debt collector or collection agency from taking any other action authorized by law to collect the debt. KANSAS: An investigative consumer report, which includes information as to your character, general reputation, personal characteristics and mode of living, has been requested. You have the right to request additional information, which includes the nature and scope of the investigation. MAINE: Hours of Operation: 8:00AM – 5:00 PM (PST) NEW YORK CITY: Persolve Legal Group, LLP is licensed by the City of New York, Department of Consumer Affairs, Northridge, CA - License Number 1276366. NORTH CAROLINA: North Carolina Permit # 113375, Persolve Legal Group, LLP, 9301 Corbin Ave Ste 1600, Northridge, CA 91324. UTAH: As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

MEMBER OF EXPERIAN, TRANSUNION AND EQUIFAX

# EXHIBIT E

# MANDARICH LAW GROUP, LLP
### *Attorneys at Law*

<u>Please Reply To:</u>
P.O. Box 109032
Chicago, IL 60610
P: 877.285.4918
F: 818.888.1260
www.mandarichlaw.com
You may also contact us via email at
INFO@MANDARICHLAW.COM
Pay Online: www.PayMLG.com

**January 23, 2024**

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES: Alaska, California, District of Columbia, Florida, Georgia, Idaho, Illinois, Iowa, Kansas, Michigan, Missouri, Nebraska, Nevada, New York, North Carolina, Ohio, Oregon, South Carolina, Virginia, Washington
<u>OF COUNSEL</u>
Thomas M. McGreal (CA, HI)

CARRIE STANFORD
1997 SHOEMAKER LN
NEWBURY PARK CA 91320



**Mandarich Law Group, LLP is a debt collector.**  We are trying to collect a debt that you owe to UHG I LLC.  We will use any information you give us to help collect the debt.

**Our information shows:**

You had an account with Synchrony Bank with account number XXXXXXXXXXXX1401 which is now owned by UHG I LLC.

| | |
|---|---|
| As of 9/1/2020, you owed: | $1,975.84 |

Between 9/1/2020 and today:

| | | |
|---|---|---|
| You were charged this amount in interest: | + | $0.00 |
| You were charged this amount in fees: | + | $0.00 |
| You paid or were credited this amount toward the debt: | - | $0.00 |
| Total amount of the debt now: | | $1,975.84 |

Reference No.: 4812726
CARRIE STANFORD

**<u>Notice:</u> See reverse side and enclosure for important information.**

**How can you dispute the debt?**

- **Call or write to us by 3/3/2024, to dispute all or part of the debt.**  If you do not, we will assume that our information is correct.
- **If you write to us by 3/3/2024,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt.  You may use the form below or write to us without the form.  You may also include supporting documents.  We accept disputes electronically at info@mandarichlaw.com.

**What else can you do?**

- **Write to ask for the name and address of the original creditor, if different from the current creditor.**  If you write to us by **3/3/2024,** we must stop collection until we send you that information.  You may use the form below or write to us without the form.  We accept these requests electronically at info@mandarichlaw.com.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.**  For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

✂ - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Mail this form to:**
Mandarich Law Group, LLP
P.O. Box 109032
Chicago, IL 60610

CARRIE STANFORD
1997 SHOEMAKER LN
NEWBURY PARK CA 91320

**How do you want to respond?**
*Check all that apply:*

☐ I want to dispute the debt because I think:
    ☐ This is not my debt.
    ☐ The amount is wrong.
    ☐ Other (please describe on reverse or attach additional information)

☐ I want you to send me the name and address of the original creditor.

☐ I enclosed this amount: $_____
    Make your check payable to Mandarich Law Group, LLP.  Include the reference number 4812726.

☐ Quiero esto formulario en español.

## IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights.  This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**In California**:  The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m.  They may not harass you by using threats of violence or arrest or by using obscene language.  Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work.  For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt.  Collectors may contact another person to confirm your location or enforce a judgment.  For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

You may request records showing the following: (1) that UHG I LLC has the right to seek collection of the debt; (2) the debt balance, including an explanation of any interest charges and additional fees; (3) the date of default or the date of the last payment; (4) the name of the charge-off creditor and the account number associated with the debt; (5) the name and last known address of the debtor as it appeared in the charge-off creditor's or debt buyer's records prior to the sale of the debt, as appropriate; and (6) the names of all persons or entities that have purchased the debt. You may also request from us a copy of the contract or other document evidencing your agreement to the debt.

A request for these records may be addressed to: UHG I LLC, One Maroon Circle 9781 S. Meridian Blvd., Suite 340, Englewood CO 80112.

MANDARICH LAW GROUP, LLP CALIFORNIA DEBT COLLECTOR LICENSE NUMBER 10795-99.

# EXHIBIT F

Please Reply To:
P.O. Box 109032 Chicago, IL 60610
P: 877.285.4918
F: 818.888.1260
www.mandarichlaw.com
You may also contact us via email at
INFO@MANDARICHLAW.COM
March 5, 2024

# MANDARICH LAW GROUP, LLP

*Attorneys at Law*

THIS LAW FIRM EMPLOYS ONE OR
MORE ATTORNEYS ADMITTED TO
PRACTICE IN THE FOLLOWING STATES:
Alaska, California, District of
Columbia, Florida, Georgia, Idaho,
Illinois, Iowa, Kansas, Michigan,
Missouri, Nebraska, Nevada, New
York, North Carolina, Ohio, Oregon,
South Carolina, Virginia, Washington
OF COUNSEL
Thomas M. McGreal (CA, HI)

**Sent via US Mail**
CARRIE STANFORD
1997 SHOEMAKER LN
NEWBURY PARK CA 91320

| | |
|---|---|
| **Current Creditor:** | UHG I LLC |
| **Our File No.:** | 4812726 |
| **Original Creditor:** | Synchrony Bank |
| **Original Creditor Account No.:** | XXXXXXXXXXXX1401 |
| **Balance Due:** | $1,975.84 |
| **Charge Off Date** | 09/01/2020 |

### NOTICE OF INTENTION TO SUE AND INCUR COSTS

Dear CARRIE STANFORD,

We represent UHG I LLC. If we are unable to resolve this matter within ten (10) days of the date of this letter, our client has authorized us to file a lawsuit to collect the balance owing on the above-referenced account.

You are hereby notified that pursuant to California Code of Civil Procedure Section 1033, should legal action result in a judgment against you, you may also be found liable for various court costs, including filing fees and service of process fees.

Please give this matter your prompt attention and contact our office toll-free at 877.285.4918.

Sincerely,
Mandarich Law Group, LLP

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. THIS IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**MANDARICH LAW GROUP, LLP CALIFORNIA DEBT COLLECTOR LICENSE NUMBER 10795-99.**

**SEE REVERSE SIDE OR ATTACHED FOR AN IMPORTANT STATEMENT OF YOUR RIGHTS.**



## IMPORTANT NOTICE OF RIGHTS

We are required under state and/or federal law(s) to notify consumers of certain rights. This list does not include a complete list of rights you may have under state or federal laws or regulations. Federal Law or other state laws may also provide you with similar or even greater rights.

**In California**: The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact The Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted by the creditor to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Mandarich Law Group, LLP | P.O. Box 109032 Chicago, IL 60610, | 877.285.4918

# EXHIBIT G

# M Gmail

Carrie Stanford <imdarlin1@gmail.com>

---

## LETTER OF DISPUTE AND REFUSAL TO PAY

---

**Carrie Stanford** <imdarlin1@gmail.com>                                    Wed, May 1, 2024 at 4:07 PM
Draft

**Subject: LETTER OF DISPUTE AND REFUSAL TO PAY**
-----------------------

From: **Carrie Stanford** <imdarlin1@gmail.com>
Date: Wed, Mar 13, 2024 at 8:17 AM
To: <info@mandarichlaw.com>

This serves as a LETTER OF DISPUTE AND REFUSAL TO PAY.

Best,
Carrie
805 728 0880

---



**20240311_174512.jpg**
2723K

# EXHIBIT H

Please Reply To:
P.O. Box 109032
Chicago, IL 60610
P: 877.285.4918
F: 818.888.1260
www.mandarichlaw.com
You may also contact us via email at
INFO@MANDARICHLAW.COM

# MANDARICH LAW GROUP, LLP
*Attorneys at Law*

THIS LAW FIRM EMPLOYS ONE OR MORE ATTORNEYS ADMITTED TO PRACTICE IN THE FOLLOWING STATES:
Alaska, California, District of Columbia, Florida, Georgia, Idaho, Illinois, Iowa, Kansas, Michigan, Missouri, Nebraska, Nevada, New York, North Carolina, Ohio, Oregon, South Carolina, Virginia, Washington
OF COUNSEL
Thomas M. McGreal (CA, HI)

April 11, 2024

CARRIE STANFORD
1997 SHOEMAKER LN
NEWBURY PARK CA 91320



Dear CARRIE STANFORD:

Please be advised that we are in receipt of your request for verification of the above referenced debt. In accordance with Section 809(b) of the Fair Debt Collection Practices Act and California Civil Procedure §1788.52, enclosed and itemized below you will find the requested verification of debt.

1. UHG I LLC is the sole owner of the debt at issue. UHG I LLC's account number for this file is 10076P000058821.
2. Charge Off Balance:                $1,975.84
   Post-Charge Off Interest:          $0.00
   Post-Charge Off Fees:              $0.00
3. Date of Last Pay Date:             3/6/2020
4. Charge-Off Creditor Account #:     XXXXXXXXXXXX1401
   Charge-Off Creditor:               SYNCHRONY BANK
                                      PO BOX 960006
                                      ORLANDO FL, 32896-0006

5. Customer name and address as appeared in the charge-off creditor's records prior to the sale of the debt.

        CARRIE STANFORD
        2080 W HILLCREST DR
        NEWBURY PARK CA, 91320-1722

6. The names and addresses of all persons or entities that purchased the debt after charge off, including the debt buyer making the written statement.

        UHG I LLC
        One Maroon Circle 9781 S. Meridian Blvd., Suite 340
        Englewood, CO 80112

You will also find attached a copy of a document that was originally provided to you while the account was still active, demonstrating that the debt was incurred by you pursuant to CC 1788.52(b).
Please be advised that our firm may now continue its collection efforts accordingly; however, we would like to hear from you to resolve this matter. Please contact this office so that we can discuss resolution.

Sincerely,
Christopher D. Mandarich SB 220693
Teona Pipia SB 343337
Hunter Masin, Esq. FBN 1028137
Maxwell Hamilton, Esq. FBN 95985

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

**MANDARICH LAW GROUP, LLP CALIFORNIA DEBT COLLECTOR LICENSE NUMBER 10795-99.**

# EXHIBIT I

| pri_acctno | MKR_FN | MKR_LN |
|---|---|---|
| 6044192146161401 | CARRIE | STANFORD |

| CMPNY_NAME | MKR_TAXID | MKR_AD1 |
|---|---|---|
| | ██████████ | APT 107 |

| MKR_AD2 | MKR_AD3 | MKR_CITY |
|---|---|---|
| 2080 W HILLCREST DR | | NEWBURY PARK |

| MKR_ST | MKR_ZIP | MKR_HP |
|---|---|---|
| CA | 91320-1722 | 0000000000 |

| MKR_WP | MKR_BARDATE | MKR_BKCHAP |
|---|---|---|
| 0000000000 | 0 | |

| MKR_CASENUM | MKR_DISCHDTE | MKR_DISMSDTE |
|---|---|---|
| | 0 | 0 |

| MKR_BKMEETDTE | MKR_BKCOURT | MKR_BKFILEDT |
|---|---|---|
| 0 | | 0 |

| ECOA | OPENDATE | CHGOFF_DATE |
|---|---|---|
| 1 | 20150928 | 20200901 |

| RMSLASTPMT | LASTPMTAMT | BRANCH |
|---|---|---|
| 20200306 | 50 | CPPC |

| DOFD | CHGOFFCODE | LOSSAMT |
|---|---|---|
| 20200303 | SKIP | 1975.84 |

| CURBAL | Principal Bal | RMSFILENUM |
|---|---|---|
| 1975.84 | 1975.84 | 97142944 |

| ACCTSTS | STSDESC | JDGDATE |
|---|---|---|
| SF5 | Sales - Final - Primary Random Sale | 0 |

| OFF_CODE | OFF_DESC | BCLE |
|---|---|---|
| PAL048 | PayPal Credit | 0181 |

| BCLE_DESC | BUYERCODE | INT_RATE |
|---|---|---|
| Synchrony Bank | UFRS | 0 |

| NET_COSTS | NET_INTEREST | NET_PRINCIPAL |
|---|---|---|
| 0 | 360.64 | 1615.2 |

| PRINC_LOSS | ASSOC_COSTS | ACCRD_INT |
|---|---|---|
| 1615.2 | 0 | 360.64 |

| CREDITSCOR | LASTPURCHDT | CMKR_FN |
|---|---|---|
| 000 | 20190512 | |

| CMKR_LN | CMKR_TAXID | CMKR_ADDR1 |
|---|---|---|

| CMKR_ADDR2 | CMKR_CITY | CMKR_STATE |
|---|---|---|

| CMKR_ZIP | CMKR_LIABLE | MKR_DOB |
|---|---|---|
| | | 19650706 |

| LANG IND | RMSBRGLVL2 | MKR_CP |
|---|---|---|
| EN | RCF | |

OUT_OF_STATUE
3/5/2024 0:00

# EXHIBIT J



4500 Munson St NW
Canton OH 44718, U.S.

## BILL of SALE

## UHG (UFRS) – PLCC PayPal Fresh – October 2020

For value received and in further consideration of the mutual covenants and conditions set forth in the Forward Flow Accounts Purchase Agreement (the "Agreement"), dated as of this 12th day of August, 2020 by and between Synchrony Bank formerly known as GE Capital Retail Bank; RFS Holding, L.L.C., Synchrony Card Funding, LLC and Retail Finance Credit Services, LLC., ( "Seller") and UHG I LLC ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Accounts as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on or about October 20th, 2020 and as further described in the Agreement.

Synchrony Bank

By: *Lynne Fisher*
    Lynne Fisher (Nov 2, 2020 08:11 EST)
Lynne Fisher
Title: SVP Recovery Operations

RFS Holding LLC

By: *Lynne Fisher*
    Lynne Fisher (Nov 2, 2020 08:11 EST)
Lynne Fisher
Title: Duly Authorized Signatory

Synchrony Card Funding, LLC

By: *Lynne Fisher*
    Lynne Fisher (Nov 2, 2020 08:11 EST)
Lynne Fisher
Title: Duly Authorized Signatory

Retail Finance Credit Services, LLC

By: *Lynne Fisher*
    Lynne Fisher (Nov 2, 2020 08:11 EST)
Lynne Fisher
Title: Vice President

AFFIDAVIT OF SALE
OF ACCOUNT
BY ORIGINAL CREDITOR

State of Florida County of Seminole

**Julio Perez** being duly sworn, deposes and says:

I am over 18 and not a party of this action. I am a Media Representative of Synchrony Bank formerly known as GE Capital Retail Bank. In that position, I have access to creditor's books and records, and am aware of the process of the sale and assignment of electronically stored business records.

On or about **10/20/2020** Synchrony Bank formerly known as GE Capital Retail Bank sold a pool of charge-off accounts (the Accounts) by a Purchase and Sale Agreement and a Bill of Sale to **UHG I LLC** As part of the sale of the Accounts, electronic records and other records were transferred on individual Accounts to the debt buyer. These records were kept in the ordinary course of business of Synchrony Bank formerly known as GE Capital Retail Bank.

The Creditor has a process to detect and correct errors on these accounts. The above statements are true to the best of my knowledge.

Signed this 17th day of November, 2020

Julio Perez

Signed and sworn to before me this 17th day of November, 2020

(Notary Stamp)

ALEXA STUBBS
Notary Public-State of Florida
Commission # GG 916659
My Commission Expires
September 25, 2023

## CERTIFICATE OF CONFORMITY UNDER
### NYS CLS CPLR § 2309(c) AND NYS CLS RPL § 299-a

The undersigned does hereby certify that he/she is an attorney-at-law duly admitted to practice in the State of Florida and residing in the State of Florida; that he is a person duly qualified to make this certificate of conformity pursuant to Section 299-a of the Real Property Law of the State of New York; that he/she is fully acquainted with the laws of the State of Florida pertaining to the acknowledgment or proof of affidavits; that the acknowledgement or proof upon the foregoing Affidavit of **Julio A. Perez** was taken by **Alexa Stubbs**, a notary public in the State of Florida, in the manner prescribed by the laws of the State of Florida, being the state in which the Affidavit was taken; and, based on his/her review thereof, that the notarized Affidavit conforms to the laws of the State of Florida in all respects.

Witness my signature this 17th day of November, 2020

**Alexandria Gordon**
Attorney-at-law, State of Florida.

# EXHIBIT K



Carrie Stanford <imdarlin1@gmail.com>

---

## Intent to File Suit

---

**Teona Pipia** <teonap@mandarichlaw.com>                                    Mon, Apr 15, 2024 at 9:20 AM
To: "imdarlin1@gmail.com" <imdarlin1@gmail.com>

Carrie,

Having reviewed the allegations outlined in the attached lawsuit there doesn't seem to be any merit to any of them. To that end I would like to address each allegation raised.

1. **Statute of Limitations:**

Last payment on the account was on 03/06/2020. Statute of limitations was due to expire on 03/06/2024 – so at the time of both letters 1. Initial Validation Notice mailed on January 23, 2024, and 2. Notice of Intention to Sue and Incur Costs mailed on 03/05/2024 account was withing statute of limitations. *See April Statement Reflecting the Payment Below*

| | |
|---|---|
| Statement Closing Date: **04/03/20** | View your account online **paypal.com** |
| Days in Billing Period: **31** | Or call 1-844-373-4961 8 AM ET to 11 PM ET |
| Account Number: ▮▮▮▮ **1401** | Mon-Fri and 9 AM ET to 9 PM ET Sat-Sun |
| Customer Name: **CARRIE STANFORD** | |

| ACCOUNT SUMMARY | |
|---|---|
| Previous Balance | $1,749.63 |
| - Payments & Credits | $50.00 |
| + Purchases & Adjustments | $0.00 |
| + Fees | $39.00 |
| + INTEREST CHARGES | $30.04 |
| = New Balance | $1,768.67 |
| Credit Limit | $1,840.00 |
| Available Credit | $71.00 |

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $1,768.67 |
| Amount Past Due | $116.00 |
| Minimum Payment Due | $202.00 |
| Payment Due Date | 04/28/20 |
| Amount to avoid Standard and Deferred Interest on your next statement: See Reverse | $1,768.67 |

**Late Payment Warning:** If we do not receive your minimum payment by 04/28/20, you may have to pay a late fee of up to $39.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no more charges using this account and each month you pay: | You will pay off the balance shown on this statement in about: | And you will end up paying an estimated total of: |
|---|---|---|
| Only the minimum Payment | 6 Years | $2,979.00 |

If you would like information about credit counseling services, call 1-877-302-8775.

**CURRENT ACTIVITY**

PAYMENTS & CREDITS

| Tran Date | Posting Date | Reference Number | Description | Amount |
|---|---|---|---|---|
| 03/06/20 | 03/06/20 | PS28300EL019WTWPY | Online Payment Thank You Alpharetta Ga | –$50.00 |
| | | | Total Payments & Credits | -$50.00 |

Even that aside, Judicial council's Emergency Rule 9 tolled Statute of Limitations in CA for 178 days – with tolling, statute of limitations on this account expires on 08/31/2024.

2. **15 U.S.C. §1692g**

All our initial communications, which is also referred to as validation notice – are provided on CFPB (Consumer Financial Protection Bureau) Model Validation Notice form. First, compliant use of the model validation notice provides safe harbor for the Rule's content and format requirements. 12 CFR 1006.34(d)(2).

Most importantly however, I have reviewed the letter sent to you on 01/23/2024 and it is in full compliance with all applicable laws and regulations and includes all required disclosures. If there's any specific disclosure you are referring to in the lawsuit that can't be located on the letter, please let me know – I will be more than happy to look into it.

3. **UHG Debt Collection License Number**

Ca. Civ. Code §1788.52(a)(7) lists information that debt buyer shall have possession of – it certainly doesn't require all that information to be listed and provided on validation notice. Only requirement imposed on providing license number is for the collector – which would be MLG in this case and our license number is displayed on the letter.

Suite 940, Englewood CO 80112.

MANDARICH LAW GROUP, LLP CALIFORNIA DEBT COLLECTOR LICENSE NUMBER 10795-99.

4. **MLG, LLP**

Mandarich Law Group, LLP is registered with California Bar and all our registrations are up to date.

Thank you,

**Teona Pipia**

***Managing Attorney***

P.O. Box 109032

Chicago, IL 60610

Phone: 818-428-4001 Ext. 3444

Fax: 818-888-1260

CA Debt Collector License No. 10795-99



**IF YOU NO LONGER WISH TO RECEIVE EMAILS FROM MANDARICH LAW GROUP, LLP, PLEASE CLICK HERE: OPT-OUT OR RESPOND TO THIS EMAIL WITH THE MESSAGE "OPT-OUT" IN THE SUBJECT LINE.**

**THIS COMMUNICATION IS FROM A DEBT COLLECTOR AND IS AN ATTEMPT TO COLLECT A DEBT.**

**MANDARICH LAW GROUP, LLP CALIFORNIA DEBT COLLECTOR LICENSE NUMBER 10795-99.**

**NYC DEPARTMENT OF CONSUMER AFFAIRS LICENSE NUMBER – 2079588-DCA**

**CONFIDENTIAL INFORMATION**
This e-mail transmission is intended only for the use of the person(s) to whom, it is addressed and contains information which may be confidential or privileged and exempt from disclosure under applicable law. If you are not a person to whom this e-mail is addressed, or an agent authorized by such a person to receive this e-mail, you are hereby notified that any examination, copying, distribution or other unauthorized use of this document is prohibited. If you have received this e-mail in error, please delete it immediately.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

[Quoted text hidden]

**3 attachments**

 **Carrie- Complaint- Mandarich- UHG.pdf**
176K

 **Ex B-Mandarich- Intent to Sue.pdf**
2727K