UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARRIE L. STANFORD-FRANZ,<br><br>　　　Plaintiff,<br><br>　v.<br><br>UHG I, LLC et al.,<br><br>　　　Defendants. | Case No. 2:24-cv-03865-SB-JC<br><br><br>ORDER OF DISMISSAL |

　　　After the parties missed two filing deadlines and the Court issued an order to show cause (OSC) re sanctions, the parties filed a stipulation to dismiss the case pursuant to Rule 41(a)(1)(A)(ii), which permits dismissal of an action without a court order by the filing of "a stipulation of dismissal signed by all parties who have appeared." Dkt. No. 48. The stipulation is signed by seven of the eight defendants named in this case; it omits Defendant Mandarich Law Group, LLP, which appeared in June when it answered the complaint, together with the other defendants. Dkt. No. 25. However, in light of the fact that Defendants are all represented by the same counsel and that the stipulation states that "the above-entitled action shall be dismissed in its entirety, with prejudice," Dkt. No. 48 at 1–2, it appears that the parties intended to include Mandarich Law Group, LLP. Construing the stipulation as such, the case is dismissed with prejudice in its entirety, the December 20, 2024 post-settlement status conference and OSC hearing are vacated, and the OSC is discharged.

　　　If the parties did not intend for the claims against Mandarich Law Group, LLP to be included in the dismissal, they shall appear on December 20, 2024 at 8:30 a.m. as originally ordered and be prepared to address the OSC. The parties' nonappearance will be construed as agreement that the Court has properly dismissed this action.

Date: December 19, 2024

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　　United States District Judge